**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-6255**

_____

EMMANUEL LEE MCGRIFF EL,

        Plaintiff - Appellant,

    v.

CAPT. MOZINGO,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:22-ct-03217-BO)

_____

Submitted:  October 10, 2024               Decided:  October 16, 2024

_____

Before WILKINSON and AGEE, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Emmanuel Lee McGriff El, Appellant Pro Se.  Brian Florencio Castro, WOMBLE BOND DICKINSON (US) LLP, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Emmanuel Lee McGriff El appeals the district court's order granting Defendant's motion for summary judgment and dismissing his 42 U.S.C. § 1983 action. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. *McGriff El v. Mozingo*, No. 5:22-ct-03217-BO (E.D.N.C. Feb. 22, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*